Reassigned to:
**BLOCK, J.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-

PEDRO ESPADA, J.R. and PEDRO GAUTIER
ESPADA,

                     Defendants.

-----------------------------------------------------------------x

**ORDER**

10-CR-985 (ENV)(LB)

FILED CLERK
2010 DEC 14 AM 8:47
U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

**VITALIANO, D.J.**

I am recused.

**SO ORDERED.**

Dated: Brooklyn, New York
December 14, 2010

                                        s/ Judge Eric N. Vitaliano

                                        ERIC N. VITALIANO
                                        United States District Judge