Case 1:10-cr-00985-FB   Document 4   Filed 12/16/10   Page 1 of 1

UNITED STATES DISTRICT COURT

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ DEC 1 6 2010 ★

# EASTERN DISTRICT OF NEW YORK

BROOKLYN OFFICE

United States of America

## NOTICE OF APPEARANCE

-v-

Docket Number :  10 CR 985 (FB)

~~Pedro~~ Espada, JR.

Judge :

Defendant.

Date :

PLEASE NOTICE, that I have been RETAINED by _Pedro Espada_

the above named defendant.  I was admitted to practice in this district on _1986_ .

Signature : _____

Print Name : _Susan Necheles_

Bar Code : _SRN 1215_

Office Address : _500 5th Ave, 29th Floor_

_NY NY ~~12~~ 10110_

Telephone # : _212. 997-7595_

## *** NOTICE TO ATTORNEY***

**Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.

**Within 20 days you must submit to the Clerk of the Court a good standing certificate from at least one of the states in which you are admitted to practice.  (See amended Rule 1 of the joint Crminal Rules of the Eastern and Southern Districts of New York.)