

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

IJ:TK
F.#2010R00420

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

February 1, 2011

BY HAND
Susan R. Necheles, Esq.
500 Fifth Avenue
29th Floor
New York, NY 10110

Russell M. Gioiella, Esq.
140 Broadway
38th Floor
New York, New York 10005

       Re:  United States v. Pedro Espada Jr., et al.
            Criminal Docket No. 10-985 (FB)

Dear Counsel:

    Please find enclosed the external hard drives that you recently provided our office.  They now contain all of the electronic data that the Federal Bureau of Investigation ("FBI") extracted from the computers at 731 White Plains Road during the execution of a search warrant on April 21, 2010.  Please also find enclosed a copy of an external hard drive that the FBI took possession of on the same day.  These drives contain the entire universe of the electronic data recovered pursuant to the aforementioned search warrant.

    If you have any further questions or requests, please do not hesitate to contact us.

                              Very truly yours,

                              LORETTA E. LYNCH
                              United States Attorney

                By:     /s/
                              Ilene Jaroslaw
                              Todd Kaminsky
                              Assistant U.S. Attorneys

Enclosures