

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

IJ:TK
F.#2010R00420

*271 Cadman Plaza East
Brooklyn, New York  11201*

February 14, 2011

<u>BY FEDERAL EXPRESS & ECF</u>

Susan R. Necheles, Esq.
500 Fifth Avenue
29th Floor
New York, NY 10110

Russell M. Gioiella, Esq.
140 Broadway
38th Floor
New York, New York 10005

      Re:  <u>United States v. Pedro Espada Jr., et al.
           Criminal Docket No. 10-985 (FB)</u>

Dear Counsel:

      Please find enclosed a compact disc labeled "2nd Production."  This disc contains images of documents that were provided to the government by various parties in response to grand jury subpoenas.  The documents provided herein are organized according the following table:

| Subpoenaed Party | Bates Range |
|---|---|
| JP Morgan Chase | JPM5 - 720 |
| Hudson Valley Bank | HV4 - 294 |
| American Express | AE4 - 7072 |
| BAC Home Loans | BAC6- 634 |
| Citibank | CB7- 676 |
| Chrysler Financial | CF1- 264 |
| PHH Mortgage | PHH1- 530 |
| Paychex | PC2 - 621 |
| Paychex (SME) | PS3 - 919 |
| ADP | ADP1 - 3460 |

If you have any further questions or requests, please do not hesitate to contact us.

>                         Very truly yours,
>
>                         LORETTA E. LYNCH
>                         United States Attorney
>
>                 By:     ____/s/_____
>                         Ilene Jaroslaw
>                         Todd Kaminsky
>                         Assistant U.S. Attorneys

Enclosures