

*U.S. Department of Justice*

*United States Attorney
Eastern District of New York*

IJ:TK
F.#2010R00420

*271 Cadman Plaza East
Brooklyn, New York  11201*

February 18, 2011

BY HAND & ECF

Susan R. Necheles, Esq.
500 Fifth Avenue
29th Floor
New York, NY 10110

Russell M. Gioiella, Esq.
140 Broadway
38th Floor
New York, New York 10005

>    Re:  United States v. Pedro Espada, Jr., et al.
>         Criminal Docket No. 10-985 (FB)

Dear Counsel:

  Please find enclosed a copy of the unsealed affidavit that the government submitted in furtherance of obtaining the search warrants that were executed on April 21, 2010 at 731 White Plains Road.

  Please also find enclosed a compact disc labeled "Accountant Production."  This disc contains images of documents that were provided to the government by various accountants in response to grand jury subpoenas.  These accountants were retained by Pedro Espada, Jr. in connection with the preparation of his personal tax returns as well as the returns of Community Expansion Development Corp. and Soundview Management Enterprises.  Additionally, the disc contains documents provided to the government from Weight Watchers.

  In addition, please also find enclosed a compact disc labeled "McGladrey," which contains the documents and files that McGladrey and Pullen and RSM McGladrey – Soundview's auditors and tax preparers – provided to the government.

If you have any further questions or requests, please do not hesitate to contact us.

                                        Very truly yours,

                                        LORETTA E. LYNCH
                                        United States Attorney

                        By:    /s/_____
                                        Ilene Jaroslaw
                                        Todd Kaminsky
                                        Assistant U.S. Attorneys

Enclosures