

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| IJ:TK<br>F.#2010R00420 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

March 4, 2011

<u>BY HAND & ECF</u>

Susan R. Necheles, Esq.
500 Fifth Avenue
29th Floor
New York, NY 10110

Russell M. Gioiella, Esq.
140 Broadway
38th Floor
New York, New York 10005

       Re:  <u>United States v. Pedro Espada Jr., et al.</u>
            <u>Criminal Docket No. 10-985 (FB)</u>

Dear Counsel:

      Please find enclosed a compact disc labeled "4th Production." This disc contains images of documents that were provided to the government by various parties in response to grand jury subpoenas. The documents provided herein are organized according the following table:

| Subpoenaed Party | Bates Range |
|---|---|
| El San Juan Hotel & Casino | ESJ 1 - 34 |
| Jetro Cash & Carry | JCC 1 - 13 |
| CoverAll | CA 1 - 53 |
| City Window | CW 1 - 5 |
| Ticketbox | TB 1 - 2 |
| Ticketmaster | TM 1 - 9 |
| Telecharge | TC 1 - 6 |
| AZBY Brokerage Inc. | AZBY 1 - 255 |

      In addition, please also find on the disc e-mails provided by the Health Resources and Services Administration ("HRSA") in which Pedro Espada, Jr. is an addressee.

If you have any further questions or requests, please do not hesitate to contact us.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By: ____/s/_____
Ilene Jaroslaw
Todd Kaminsky
Assistant U.S. Attorneys

Enclosures