

*U.S. Department of Justice*

*United States Attorney
Eastern District of New York*

RB:TK
F.#2010R00420

*271 Cadman Plaza East
Brooklyn, New York  11201*

March 17, 2011

BY Mail and ECF

Susan R. Necheles, Esq.
500 Fifth Avenue
29th Floor
New York, NY 10110

Russell M. Gioiella, Esq.
140 Broadway
38th Floor
New York, New York 10005

       Re:  United States v. Pedro Espada Jr., et al.
            Criminal Docket No. 10-985 (FB)

Dear Counsel:

    Please find enclosed a disc containing images of documents that were recovered from an outdoor storage shed located on the property of 731 White Plains Road during the execution of a search warrant on April 21, 2010.  The documents contained on the disc are Bates-numbered T1 – T75279.  Please also find enclosed copies of several compact discs that were discovered inside of the shed.  These discs are Bates-numbered T72076 - 72081.

    If you have any further questions or requests, please do not hesitate to contact me.

                              Very truly yours,

                              LORETTA E. LYNCH
                            United States Attorney

                   By:   /s/
                            Todd Kaminsky
                            Assistant U.S. Attorney

Enclosures