

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

CK:RB:TK
F.#2010R00420

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 5, 2011

<u>BY HAND & ECF</u>

Susan R. Necheles, Esq.
500 Fifth Avenue
29th Floor
New York, NY 10110

Russell M. Gioiella, Esq.
140 Broadway
38th Floor
New York, New York 10005

      Re:  United States v. Pedro Espada Jr., et al.
          <u>Criminal Docket No. 10-985 (s-1) (FB)</u>

Dear Counsel:

      As previously discussed, please find enclosed several charts that the government admitted into evidence during the grand jury presentation that resulted in the charges enumerated in the above-captioned indictment.

      If you have any further questions or requests, please do not hesitate to contact me.

                    Very truly yours,

                    LORETTA E. LYNCH
                    United States Attorney

          By:       /s/
                    Todd Kaminsky
                    Assistant U.S. Attorney

Enclosures