

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RB:TK
F.#2010R00420

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

May 12, 2011

<u>BY HAND</u>
Susan R. Necheles, Esq.
500 Fifth Avenue
29th Floor
New York, NY 10110

Russell M. Gioiella, Esq.
140 Broadway
38th Floor
New York, New York 10005

      Re:  United States v. Pedro Espada Jr., et al.
           <u>Criminal Docket No. 10-985 (FB)</u>

Dear Counsel:

    Pursuant to the government's obligations under <u>Brady v. Maryland</u>, 373 U.S. 83 (1983) and its progeny, please find enclosed portions of grand jury transcripts, Federal Bureau of Investigation 302's, Internal Revenue Service Memoranda of Interview and various other documents.

    If you have any questions or requests, please do not hesitate to contact me.

                  Very truly yours,

                  LORETTA E. LYNCH
                  United States Attorney

        By:    /s/
                  Todd Kaminsky
                  Assistant U.S. Attorney

Enclosures