UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------
UNITED STATES OF AMERICA,

                                              **ORDER**

-vs-

                                            CR-10-985(FB)

Pedro Espada &
Pedro G. Espada,
                Defendant.

-------------------------------------------------

        On June 23, 2011 the Court held a status conference, on the record, in open court, with all counsel present. The defendants moved to modify their bail conditions with the consent of the government. The Court granted the motion for the reasons stated on the record. Accordingly it is

        HEREBY ORDERED that the defendants bail conditions are modified as follows: (1) the defendants are permitted to travel the continental United States & Puerto Rico.

                                        SO ORDERED.

                                            s/FB

                                  UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
            June 24, 2011