

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PC:TK
F.#2010R00420

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

June 14, 2011

<u>BY HAND & ECF</u>

Susan R. Necheles, Esq.
500 Fifth Avenue
29th Floor
New York, NY 10110

Russell M. Gioiella, Esq.
140 Broadway
38th Floor
New York, New York 10005

       Re:  <u>United States v. Pedro Espada Jr., et al.</u>
             <u>Criminal Docket No. 10-985 (FB)</u>

Dear Counsel:

      As you requested, enclosed please find a binder entitled "Hot Documents," which contains a subset of the documents previously provided in discovery.  These documents are Bates-numbered HD1-HD210.  This binder contains a non-exhaustive compilation of documents the government intends to rely on at trial.

                    Very truly yours,

                    LORETTA E. LYNCH
                    United States Attorney

        By:    /s/
                    Todd Kaminsky
                    Assistant U.S. Attorney

Enclosures