

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TK
F.#2010R00420

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 10, 2011

BY FEDERAL EXPRESS & ECF

Susan R. Necheles, Esq.
500 Fifth Avenue
29th Floor
New York, NY 10110

Russell M. Gioiella, Esq.
140 Broadway
38th Floor
New York, New York 10005

   Re: United States v. Pedro Espada Jr., et al.
     Criminal Docket No. 10-985 (FB)

Dear Counsel:

   Please find enclosed a compact disc labeled "9th Production." This disc contains two items:

   (1) A report issued by William M. Riordan, Forensic Document Analyst, of the Internal Revenue Services National Forensic Laboratory, for the purpose of examination and comparison of handwriting samples. This report has been bates stamped HWE 1 - 35. (2) A video (in .mp4 format) of the September 9, 2008 democratic primary acceptance speech of Pedro Espada Jr.

   If you have any further questions or requests, please do not hesitate to contact us.

          Very truly yours,

          LORETTA E. LYNCH
          United States Attorney

     By:  /s/
        Todd Kaminsky
        Assistant U.S. Attorneys

Enclosures