

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CK/TK
F.#2010R00420

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 16, 2011

BY Federal Express & ECF

Susan R. Necheles, Esq.
500 Fifth Avenue
29th Floor
New York, NY 10110

Russell M. Gioiella, Esq.
140 Broadway
38th Floor
New York, New York 10005

      Re: United States v. Pedro Espada Jr., et al.
          Criminal Docket No. 10-985 (FB)

Dear Counsel:

      Please find enclosed copies of the handwriting exemplars (Bates stamped HE 1-47) provided by your clients on February 1, 2011. These exemplars were referenced in the handwriting analysis report provided to you on August 12, 2011. In addition, as we discussed yesterday, we are providing the exhibits referenced in "Appendix B, Pedro Espada, Jr., Schedule of Corrected Adjusted Gross Income," previously provided to you. The exhibits are bates stamped: W1-1 000001 - 000015; W1-2 000001 - 000007; W1-3 000001 - 000010; W1-5 000001 - 000018; W2-4 000001 - 000010; W2-6 000001; W3-2 000001 - 000002; W3-3 000001 - 000002; W3-4 000001 - 000002; W3-5 000001 - 000002 and W5-5 000001 - 000004.

      If you have any further questions or requests, please do not hesitate to contact us.

                        Very truly yours,

                        LORETTA E. LYNCH
                        United States Attorney

          By:    /s/
                  Colleen Kavanagh
                  Todd Kaminsky
                  Assistant U.S. Attorneys

Encl.