

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CK:TK
F.#2010R00420

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 15, 2011

<u>BY HAND and ECF</u>

Susan R. Necheles, Esq.
Hafetz Necheles & Rocco
500 Fifth Avenue
29th Floor
New York, NY 10110

Russell M. Gioiella, Esq.
140 Broadway
38th Floor
New York, New York 10005

   Re: <u>United States v. Pedro Espada Jr., et al.</u>
     <u>Criminal Docket No. 10-985 (S-1) (FB)</u>

Dear Counsel:

   Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), this letter serves as notice of the government's intention to offer expert testimony in handwriting analysis.

   Enclosed please find the *curriculum vitae* for William M. Riordan, who conducted the handwriting analysis connected with this case. A copy of his reports was furnished to you on August 11, 2011. Mr. Riordan will testify about his comparison of handwriting exemplars taken from the defendants with the handwriting found on various documents provided to the government by the accounting firm Marks, Paneth and Shron.

If you have any further questions or requests, please do not hesitate to contact us.

                Very truly yours,

                LORETTA E. LYNCH
                United States Attorney

By:    /s/
       Colleen Kavanagh
       Todd Kaminsky
       Assistant U.S. Attorneys

Enclosures
cc:   Clerk of Court (FB) (w/o enclosures)