# ARNOLD & PORTER LLP

Veronica E. Rendon
Veronica.Rendon@aporter.com

+1 212.715.1165
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

September 6, 2011

**VIA ECF**

Honorable Frederic Block
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

      Re:    United States v. Pedro Espada Jr., Criminal Docket No. 10-985 (FB)

Dear Judge Block:

      We represent respondent McGladrey & Pullen LLP ("McGladrey") in relation to Defendant Pedro Espada Jr.'s motion to compel subpoena compliance and for a contempt order, filed on August 26, 2011. In a voicemail I received from your clerk on Friday, September 2, 2011, Mr. Ty Cone gave oral consent to file for McGladrey to file its response papers on September 12, 2011, with the hearing on the motion to go forward at a previously scheduled status conference on September 14, 2011.

Sincerely,

Veronica E. Rendón