UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

   - against -                                                      10-CR-00985 (FB)

Pedro Espada, Jr,
Pedro G. Espada

                                   Defendants.
------------------------------------------------------------------- x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, McGladrey & Pullen LLP hereby moves for an Order modifying or quashing the Subpoena issued to McGladrey & Pullen LLP by Defendant Pedro Espada Jr. on May 11, 2011 pursuant to Federal Rule of Criminal Procedure 17(c)(2).

Dated: New York, New York
       September 12, 2011

ARNOLD & PORTER LLP

_(signature)_

Veronica E. Rendón
399 Park Ave
New York, New York 10022
(212) 715-1165
veronica.rendon@aporter.com
*Attorneys for McGladrey & Pullen LLP*
