

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TK
F.#2010R00420

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 16, 2011

<u>BY FEDEX & ECF</u>

Susan R. Necheles, Esq.
500 Fifth Avenue
29th Floor
New York, NY 10110

Russell M. Gioiella, Esq.
140 Broadway
38th Floor
New York, New York 10005

   Re: <u>United States v. Pedro Espada Jr., et al.</u>
     <u>Criminal Docket No. 10-985 (FB)</u>

Dear Counsel:

  Please find enclosed a compact disc labeled "11th Production," which contains scanned copies of photographs of Mahesh Pharmacy and are Bates-numbered Dinesh000064 - Dinesh000074.

  Please also find on that disc scanned copies of summary charts as follows: 1) charts related to the tax charges, created by IRS Special Agent Dan Schleyer, Bates-numbered DSCHARTS000001 - DSCHARTS000032; 2) charts related to the CEDC, Rent and Bid-Rigging Schemes, created by FBI Analyst Eric VanDorn, Bates-numbered EVDCHARTS000001 - EVDCHARTS000005;and 3) one chart related to the AMEX Scheme, created by FBI Special Agent Anthony Bivona, Bates-numbered ABCHARTS000001.

  If you have any further questions or requests, please do not hesitate to contact me.

        Very truly yours,

        LORETTA E. LYNCH
        United States Attorney

    By:  /s/
        Todd Kaminsky
        Assistant U.S. Attorney

Enclosures