

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

```
TK                                      271 Cadman Plaza East
F.#2010R00420                           Brooklyn, New York  11201
```

November 30, 2011

<u>BY FEDEX & ECF</u>

Susan R. Necheles, Esq.
500 Fifth Avenue
29th Floor
New York, NY 10110

Russell M. Gioiella, Esq.
140 Broadway
38th Floor
New York, New York 10005

       Re:  <u>United States v. Pedro Espada Jr., et al.</u>
            <u>Criminal Docket No. 10-985 (FB)</u>

Dear Counsel:

      Please find enclosed a folder labeled "12th Production," which contains, among other things, copies of documents that were provided to the government by various parties. The documents provided herein are organized according the following table:

| **Subpoenaed Party** | **Bates-Range** |
|---|---|
| Home Depot | HomeDepot000040 - HomeDepot000042 |
| Park Florist of New York | PARK000001 - PARK000051 |
| Brand Entertainment - TDI Broadway | TDI000001 - TDI000009 |
| Ticketmaster | TM000013 - TM000019 |
| Jet Blue | JB000001 |
| New York Road Runners | NYRR000001 - NYRR000004 |

If you have any further questions or requests, please do not hesitate to contact me.

                                Very truly yours,

                                LORETTA E. LYNCH
                                United States Attorney

                    By:     /s/
                                Todd Kaminsky
                                Assistant U.S. Attorney

Enclosures