

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RB:TK
F.#2010R00420

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

January 19, 2012

<u>BY FEDEX</u>

Susan R. Necheles, Esq.
500 Fifth Avenue
29th Floor
New York, NY 10110

Russell M. Gioiella, Esq.
140 Broadway
38th Floor
New York, New York 10005

      Re:  United States v. Pedro Espada Jr., <u>et al</u>.
           <u>Criminal Docket No. 10-985 (FB)</u>

Dear Counsel:

      Please find enclosed a DVD labeled "January 2012 Production," which contains copies of documents that were provided to the government by various parties.  The documents provided herein are organized according the following table:

| Party/File Name | Bates Range |
| --- | --- |
| GMAC | Jan2012000001 - Jan2012000098 |
| Markstaar | Jan2012000099 |
| HRSA | Jan2012000395 - Jan2012001029 |
| Max Noble | Jan2012001030 - Jan2012001161 |
| Dinesh Pharmacy Checks | Jan2012001162 - Jan2012001171 |
| NYC - Department of Finance - City Register - 572 Leeland Ave - Deed | Jan2012003670 - Jan2012003679 |

      Please also find enclosed a DVD labeled "CBS - April 20, 2009 6PM" which contains footage from a news broadcast aired on April 20, 2009, and is Bates-stamped Jan2012003669.

      Please also find herein American Express statements that were previously provided to you on January 7, 2011, and are

provided to you again, this time in color, Bates-stamped Jan2012001172 - Jan2012002274.

Please also find herein the following files that were previously provided to you on January 7, 2011 and March 29, 2011. Please note that these documents are now Bates-stamped so that they may be referenced at trial and can be found according to the following table:

| **Party** | **Discovery date** | **Bates Range** |
|---|---|---|
| Robert Borella, CPA | March 29, 2011 | Jan2012000100 - Jan2012000394 |
| Marks Paneth Shron Emails | January 7, 2011 | Jan2012002275 - Jan2012002646 |
| Marks Paneth Shron Files | January 7, 2011 | Jan2012002647 - Jan2012003668 and Jan2012003680 - Jan2012004009 |

If you wish to review the originals of any documents, please contact me and we will arrange a mutually convenient time for you to do so. If you have any further questions or requests, please do not hesitate to contact me.

    Very truly yours,

    LORETTA E. LYNCH
    United States Attorney

By:    /s/
    Todd Kaminsky
    Assistant U.S. Attorney

Enclosures