

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CK:TK
F.#2010R00420

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

January 28, 2012

<u>BY EMAIL and ECF</u>
Susan R. Necheles, Esq.
500 Fifth Avenue
29th Floor
New York, NY 10110

Russell M. Gioiella, Esq.
140 Broadway
38th Floor
New York, New York 10005

> Re:  United States v. Pedro Espada Jr., <u>et al.</u>
>      <u>Criminal Docket No. 10-985 (FB)       </u>

Dear Counsel:

Pursuant to Rule 16, please find enclosed following records:

- St. Johns University (bates #s Jan2012004010-Jan2012004180)
- Sylvan Learning Ctr (bates #s Jan2012004181-Jan2012004183)
- Financial Action Plan HRSA (bates #s Jan2012004184-Jan2012004186)

                                    Very truly yours,

                                    LORETTA E. LYNCH
                                    United States Attorney

                            By:     /s/
                                    Carolyn Pokorny
                                    Assistant U.S. Attorney
                                    (718) 254-6291

Enclosures