

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

CK:TK                                                271 Cadman Plaza East
F.#2010R00420                                        Brooklyn, New York 11201

                                                     January 30, 2012

BY EMAIL and ECF
Susan R. Necheles, Esq.
500 Fifth Avenue
29th Floor
New York, NY 10110

Russell M. Gioiella, Esq.
140 Broadway
38th Floor
New York, New York 10005

                 Re:   United States v. Pedro Espada Jr., et al.
                       Criminal Docket No. 10-985 (FB)

Dear Counsel:

           Please find enclosed a preliminary, draft of the
government's exhibit list.  We reserve the right to amend the
exhibit list, and will send you changes as they become available.
Although you previously have received this evidence separately as
Rule 16 discovery, we are in the process of having our support
staff re-scan the exhibits for you, so that you have a version of
each exhibit that is labeled with an exhibit sticker.

                                     Very truly yours,

                                     LORETTA E. LYNCH
                                     United States Attorney

                         By:   _____/s/_____
                                     Carolyn Pokorny
                                     Assistant U.S. Attorney
                                     (718) 254-6291

Enclosure

cc. Clerk of the Court (FB)(without enclosure)