U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CP
F.#2010R00420

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

February 3, 2012

BY MAIL and ECF
Susan R. Necheles, Esq.
500 Fifth Avenue
29th Floor
New York, NY 10110

Russell M. Gioiella, Esq.
140 Broadway
38th Floor
New York, New York 10005

Re: United States v. Pedro Espada Jr., et al.
Criminal Docket No. 10-985 (FB)

Dear Counsel:

Pursuant to Rule 16, please find enclosed a disc containing the following:

| File Name | Bates-range |
|---|---|
| Articles of Incorporation | Feb2012005440 - Feb2012005536 |
| Mercedes | Feb2012005537 - Feb2012005552 |
| RPM Vending | Feb2012005553 - Feb2012005559 |
| Writers Collaboration Agreement | Feb2012005560 - Feb2012005563 |
| HRSA | Feb2012005564 - Feb201200590 |

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:  /s/
Carolyn Pokorny
Assistant U.S. Attorney

Clerk of the Court (FB)(w/o enclosures)