*U.S. Department of Justice*

*United States Attorney
Eastern District of New York*

CP  *271 Cadman Plaza East*
F.#2010R00420  *Brooklyn, New York  11201*

February 6, 2012

<u>BY E-Mail and ECF</u>
Susan R. Necheles**,** Esq.
500 Fifth Avenue
29th Floor
New York, NY 10110

Russell M. Gioiella, Esq.
140 Broadway
38th Floor
New York, New York 10005

   Re: <u>United States v. Pedro Espada Jr., et al.</u>
     <u>Criminal Docket No. 10-985 (FB)</u>

Dear Counsel:

  Pursuant to Rule 16, please find enclosed Sylvan Learning Center records.

         Very truly yours,

         LORETTA E. LYNCH
         United States Attorney

     By: /s/
         Carolyn Pokorny
         Assistant U.S. Attorney

Clerk of the Court (FB)(w/o enclosures)