

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PSS
F.#2010R00420

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

February 7, 2012

BY FEDERAL EXPRESS AND ECF
Susan R. Necheles, Esq.
500 Fifth Avenue
29th Floor
New York, NY 10110

Russell M. Gioiella, Esq.
140 Broadway
38th Floor
New York, New York 10005

       Re:  United States v. Pedro Espada Jr., et al.
            Criminal Docket No. 10-985 (FB)

Dear Counsel:

     Pursuant to its obligations under Rule 16 of the Federal Rules of Criminal Procedure, the government encloses a disk of electronic documents that were recently received from Kenneth Brennan.  The documents on this disk were contained in a folder named "Ken's Files" that was burned from the CCDC servers on or about August 22, 2001.  The documents are in native format and do not have Bates-labels.

     Pursuant to this Office's Taint Procedures, the Review Team reviewed the materials for potentially privileged materials before providing the materials to the Trial Team.  During the review process, the Review Team identified the documents in the folder named "Potentially Privileged" as potentially privileged. The potentially privileged documents have not been provided to the Trial Team.

If you have any questions, please do not hesitate to contact me at (718) 254-6402.

> Very truly yours,
>
> LORETTA E. LYNCH
> United States Attorney
>
> By:       /s/
> Patrick Sean Sinclair
> Assistant U.S. Attorney

Enclosures (via Federal Express only)