*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

CP
F.#2010R00420

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 8, 2012

<u>BY E-Mail and ECF</u>
Susan R. Necheles**,** Esq.
500 Fifth Avenue
29th Floor
New York, NY 10110

Russell M. Gioiella, Esq.
140 Broadway
38th Floor
New York, New York 10005

   Re: United States v. Pedro Espada Jr., <u>et al.</u>
      <u>Criminal Docket No. 10-985 (FB)</u>

Dear Counsel:

   Please find enclosed revised drafts of the following: (a) the government's exhibit list; and (b) exhibit 20(b), the Park Florist summary chart.

         Very truly yours,

         LORETTA E. LYNCH
         United States Attorney

      By:  /s/
         Carolyn Pokorny
         Assistant U.S. Attorney

Clerk of the Court (FB)(w/o enclosures)