UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>PEDRO ESPADA, JR. and<br>PEDRO GAUTIER ESPADA,<br><br>     Defendants. | Hon. Frederic Block<br>No. S2 10-Cr-985 |

## NOTICE OF MOTION

  PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and declaration of Susan R. Necheles with attached exhibits, Defendants Pedro Espada, Jr. and Pedro Gautier Espada, by counsel Hafetz Necheles and Rocco and Litman Asche and Gioiella, jointly will move this Court before the Honorable Frederic Block, at the U.S. Courthouse, 225 Cadman Plaza East, Brooklyn, New York, as soon as counsel can be heard, for an order granting severance of Counts Eight through Eighteen of the second superseding indictment pursuant to Rules 8(b) and 14 of the Federal Rules of Criminal Procedure and to strike surplusage pursuant to Rule 7(d).

Dated: New York, New York
    February 8, 2012

                 HAFETZ NECHELES & ROCCO
                 <u>s/Susan R. Necheles</u>
                 Susan R. Necheles
                 500 Fifth Avenue
                 29th Floor
                 New York, New York 10110
                 Telephone: (212) 997-7595
                 Facsimile:  (212) 997-7646
                 snecheles@hnrlawoffices.com
                 *Attorney for Pedro Espada, Jr.*

                                              LITMAN ASCHE & GIOIELLA  
                                              /s/ Russell Gioiella  
                                              Russell Gioiella  
                                              140 Broadway  
                                              New York, New York 10005  
                                              Telephone:  (212) 809-4500  
                                              Facsimile:   (646) 607-9643  
                                              rmg@lagnyc.com  
                                              *Attorney for Pedro Gautier Espada*