

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CP
F.#2010R00420

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 10, 2012

BY Hand Delivery and ECF
Susan R. Necheles, Esq.
500 Fifth Avenue
29th Floor
New York, NY 10110

Russell M. Gioiella, Esq.
140 Broadway
38th Floor
New York, New York 10005

   Re: United States v. Pedro Espada Jr., et al.
      Criminal Docket No. 10-985 (FB)

Dear Counsel:

   Please find enclosed a disc containing scanned exhibits marked with exhibit stickers, which correspond to the exhibits listed on the draft list we provided to you on February 8, 2012. We reserve the right to offer additional exhibits into evidence at trial.

            Very truly yours,

            LORETTA E. LYNCH
            United States Attorney

       By: /s/
          Carolyn Pokorny
          Assistant U.S. Attorney

Clerk of the Court (FB)(w/o enclosures)