

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

CP
F.#2010R00420

*271 Cadman Plaza East
Brooklyn, New York 11201*

February 13, 2012

<u>BY E-Mail and ECF</u>
Susan R. Necheles, Esq.
500 Fifth Avenue
29th Floor
New York, NY 10110

Russell M. Gioiella, Esq.
140 Broadway
38th Floor
New York, New York 10005

    Re: <u>United States v. Pedro Espada Jr., et al.
      Criminal Docket No. 10-985 (FB)</u>

Dear Counsel:

    Please find enclosed two documents we received from HRSA which reference Espada's salary in 2009: (1) a Form 2 - Staffing Profile; and (2) Application for Federal Assistance.

             Very truly yours,

             LORETTA E. LYNCH
             United States Attorney

          By: /s/
             Carolyn Pokorny
             Assistant U.S. Attorney

Clerk of the Court (FB)(w/o enclosures)