*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

CP
F.#2010R00420

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

February 15, 2012

**VIA ECF AND MAIL**

| | |
|---|---|
| Susan R. Necheles, Esq. | Russell M. Gioiella, Esq. |
| 500 Fifth Avenue | 140 Broadway |
| 29th Floor | 38th Floor |
| New York, NY 10110 | New York, New York 10005 |

    Re: United States v. Pedro Espada Jr., et al.
       Criminal Docket No. 10-985 (FB)

Dear Counsel:

  We write to inform you that the Section 3500 material we have provided to you to date, and will continue to provide to you going forward, is intended to satisfy the government's obligations pursuant to Brady and Giglio.

  In addition, please find enclosed a disc containing the following:

  (1) Additional exhibits which have been marked as follows: (a) GX 59 (additional Amex records, bates-stamped C125071-80, 171065-68, 171111-23, 1711058-62, 171124-44, C171097-98, 171110); (b) GX 257 (photos of Soundview, and Satellite locations) An updated, draft exhibit list; (c) GX 60 (death certificate); and (d) GX 282-a (bid proposal - Safety Building - 10/2/07).

  (2) Additional § 3500 material which has been marked as follows: (a) JC-4; (b) JMC-1; (c) EM-1 through EM-4; (d) EV-27; and (e) WW-3.

        Very truly yours,

        LORETTA E. LYNCH
        United States Attorney

    By: /s/
       Carolyn Pokorny
       Assistant U.S. Attorney

Clerk of the Court (FB)(w/o enclosures)