U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CP
F.#2010R00420

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 16, 2012

**VIA ECF AND MAIL**

Susan R. Necheles, Esq.
500 Fifth Avenue
29th Floor
New York, NY 10110

Russell M. Gioiella, Esq.
140 Broadway
38th Floor
New York, New York 10005

Re: United States v. Pedro Espada Jr., et al.
Criminal Docket No. 10-985 (FB)

Dear Counsel:

We propose that the parties enter into the stiuplations listed in the attachment to this letter.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By: /s/
Carolyn Pokorny
Assistant U.S. Attorney

Clerk of the Court (FB)(w/o enclosures)