# HAFETZ NECHELES & ROCCO

ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110

TELEPHONE: (212) 997-7595
TELECOPIER: (212) 997-7646
E-MAIL: INFO@HNRLAWOFFICES.COM

February 17, 2012

<u>VIA EMAIL AND ECF</u>

Carolyn Pokorny, Esq.
Roger Burlingame, Esq.
Todd Kaminsky, Esq.
Unites States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Pedro Espada Jr. et al.
Cr. No. 10-985 (S-3) (FB)

Dear Counsel,

We received your letter and the chart asking us for the defendants to enter into some sort of stipulation concerning approximately 150 documents.

We cannot consider this request in its present form because you have not stated (1) who would be the witness who would testify about each document, and (2) what would the witness testify about each document that you are asking us to stipulate to. Please note that in general we are unlikely to agree to stipulate to facts but will agree in the appropriate situations to stipulate to what an identified witness would say if he or she were to testify at trial. Please provide us this information as to each document that you would like us to stipulate.

HAFETZ NECHELES & ROCCO

                        Very truly yours,

               By:    /s/Susan R. Necheles
                      Susan R. Necheles
                      Hafetz Necheles & Rocco
                      500 Fifth Avenue, 29th Floor
                      New York, New York 10110
                      Telephone: (212) 997-7595
                      Facsimile:  (212) 997-7646
                      *Attorney for Pedro Espada, Jr.*

                      /s/ Russell Gioiella
                      Russell Gioiella
                      LITMAN ASCHE & GIOIELLA
                      140 Broadway
                      New York, New York 10005
                      Telephone: (212) 809-4500
                      Facsimile:  (646) 607-9643
                      *Attorney for Pedro Gautier Espada*