# HAFETZ NECHELES & ROCCO
ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110

TELEPHONE: (212) 997-7595
TELECOPIER: (212) 997-7646
E-MAIL: INFO@HNRLAWOFFICES.COM

February 28, 2012

VIA EMAIL AND ECF

Carolyn Pokorny, Esq.
Roger Burlingame, Esq.
Todd Kaminsky, Esq.
Unites States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Pedro Espada, Jr., et al., 10-CR-985 (FB)*

Dear Counsel:

Yesterday before court, you proposed that neither defendants nor the government elicit information of the prior indictments and guilty pleas in 2005 by Norma Ortiz, Maria Cruz and other individuals related to the reelection campaign of Pedro Espada, Jr. We write now because we want to make sure that we understand your proposal correctly.

Specifically, we want to know whether you are suggesting that *all* evidence pertaining to the 2005 indictments and guilty pleas be excluded from trial?

1

HAFETZ NECHELES & ROCCO

Please let us know as soon as possible because of the relevance of this question to Mr. Espada's conflict issues.

Very truly yours,

By: /s/Susan R. Necheles
Susan R. Necheles
Hafetz Necheles & Rocco
500 Fifth Avenue, 29th Floor
New York, NY 10110
Telephone: (212) 997-7595
Facsimile: (212) 997-7646
*Attorney for Pedro Espada Jr.*

/s/ Russell Gioiella
Russell Gioiella
Litman Asche & Gioiella
140 Broadway
New York, NY 10005
Telephone: (212) 809-4500
Facsimile: (646) 607-9643
*Attorney for Pedro Gautier Espada*