

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TK     *271 Cadman Plaza East*
F.#2010R00420     *Brooklyn, New York 11201*

February 22, 2012

**VIA HAND**

Susan R. Necheles, Esq.     Russell M. Gioiella, Esq.
500 Fifth Avenue     140 Broadway
29th Floor     38th Floor
New York, NY 10110     New York, New York 10005

      Re:    United States v. Pedro Espada Jr., et al.
               Criminal Docket No. 10-985 (FB)

Dear Counsel:

       Please find enclosed the following exhibits:

- GX55: Park Florist Invoices and Checks
- GX 67: SME invoices w/corresponding checks
- GX 68: Marked-up AMEX statement reviewed by William Riordan
- GX-69: Espada Housing Allowance Check
- GX-70-71: Vacation Requests
- GX-72: Borris Kovler check
- GX-73: Andrew Bronen Check
- GX 20b: Updated Chart
- GX 20j: Updated Chart
- GX253 revised: Throggs Neck Neurological Invoice
- Gx 408: Documents examined by William Riordan
- Gx408(a): Documents examined by William Riordan
- Gx408(b): Documents examined by William Riordan
- 

       Please also find enclosed the following § 3500 material:

- 3500-ES2-1 - ES2-2 (Elliot Shapiro)
- 3500-WR-21-25 (William Riordan)
- 3500 HM-1 (Howard Maldondo)
- 3500 EM-4 (Edwin Miranda)

- 3500-OB-1-7 (Octavio Brito)
- 3500-JB-5 (Jesse Berland)
- 3500-MG-3 (Miguel Gonzalez)

        Very truly yours,

        LORETTA E. LYNCH
        United States Attorney

By:   /s/
        Todd Kaminsky
        Assistant U.S. Attorney

Clerk of the Court (FB)(w/o enclosures)