# HAFETZ NECHELES & ROCCO
ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110
TELEPHONE: (212) 997-7595
TELECOPIER: (212) 997-7646
E-MAIL: INFO@HNRLAWOFFICES.COM

March 5, 2012

VIA EMAIL AND ECF

Carolyn Pokorny, Esq.
Roger Burlingame, Esq.
Todd Kaminsky, Esq.
Unites States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Pedro Espada, Jr., et al.*, 10-CR-985 (FB)

Dear Counsel:

We have not yet received copies of the following exhibits that were included in the government's March 1, 2012 exhibit list:

| GX  | Description |
|-----|-------------|
| 61  | Yonkers Raceway Records |
| 128 | HSBC Soundview Records |
| 152 | CEDC Amex Records |
| 245 | SME Articles of Incorporation |
| 251 | 501(c)(3) regulations |
| 272 | Board of pharmacy photos (TBD) |
| 302 | Outside bids that Soundview provided to HRSA |
| 303 | 45 C.F.R. Section 74.43 |
| 304 | Bronen's Music Quickreport |
| 351 | Hurley's copy of Pedro and Connie Espada's 2005 tax return |
| 352 | CEDC's balance sheet as of June 30, 2005 |
| 404 | April 16, 2010 print-out of email with writing |

1

HAFETZ NECHELES & ROCCO

| GX | Description |
|---|---|
| 405 | Sylvan Learning Center account history - John Miranda |
| 406 | Sylvan Learning Center account history - John Miranda |
| 407 | Home repairs notes and records |

Additionally the following documents are not legible:

| GX | Description |
|---|---|
| 9 | Receipts (City Windows) |
| 30 | 2008 Amex Verification Chart |
| 49 | 2009 Pedro Espada receipts submitted for reimbursement |
| 82 | Receipts |
| 99 | Citibank Records - Connie and Pedro Espada, Jr. (complete) |
| 124 | Mercedes records |
| 134(a) | 5/3 1PM phone receipt |
| 134(b) | Phone receipt |
| 155 | CEDC accounting ledger, and Pedro Gautier Espada exemplar |
| 216(a) | original $3,000 check, copy of which is found in 216 and marked "Q-214-2." |
| 238 | 2003 CEDC tax return |
| 354 | Bentley receipt |

Please tell us when you intend to produce these documents.

Very truly yours,

By: /s/Susan R. Necheles
Susan R. Necheles
Hafetz Necheles & Rocco
500 Fifth Avenue, 29th Floor
New York, NY 10110
Telephone: (212) 997-7595
Facsimile: (212) 997-7646
*Attorney for Pedro Espada Jr.*

/s/ Russell Gioiella
Russell Gioiella
Litman Asche & Gioiella
140 Broadway
New York, NY 10005
Telephone: (212) 809-4500
Facsimile: (646) 607-9643
*Attorney for Pedro Gautier Espada*

2