# HAFETZ NECHELES & ROCCO

ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110

TELEPHONE: (212) 997-7595
TELECOPIER: (212) 997-7646
E-MAIL: INFO@HNRLAWOFFICES.COM

March 12, 2012

The Honorable Frederic Block
United States District Court
Brooklyn Federal Court House
225 Camden Plaza
Brooklyn, New York 11201

> Re: United States v. Pedro Espada Jr. et al.
> Cr. No. 10-985 (S-3) FB

Dear Judge Block:

On Friday evening, the Government provided the defense with a witness list containing 99 names. The Government did not provide the order of witnesses but only checked the names of 31 witnesses that they intended to call the first week.

This morning we asked the Government for the order of witnesses. Notwithstanding your direction as reflected in an ECF notification on March 6th, that "by 3/9/12 or at the latest 3/12/12 the government will provide to the Court and defendants a list of witnesses and the order of their testimony", the Government advised us that they would not provide any further information. I subsequently asked that the Government reconsider, citing the court's ruling, and have received no response.

Hafetz Necheles & Rocco

While we dislike burdening the court with matters that should be resolved amongst professionals, we have no alternative. At the very least, we should be advised of the order of witnesses for the first week so we do not have to prepare 31 witnesses for Wednesday.

Very truly yours,

By:  /s/Susan R. Necheles
Susan R. Necheles
Hafetz Necheles & Rocco
500 Fifth Avenue, 29th Floor
New York, New York 10110
Telephone: (212) 997-7595
Facsimile:   (212) 997-7646
*Attorney for Pedro Espada, Jr.*

/s/ Russell Gioiella
Russell Gioiella
LITMAN ASCHE & GIOIELLA
140 Broadway
New York, New York 10005
Telephone: (212) 809-4500
Facsimile:   (646) 607-9643
*Attorney for Pedro Gautier Espada*

cc: Carolyn Pokorny, Esq. (via email)
   Roger Burlingame, Esq. (via email)
   Todd Kaminsky, Esq. (via email)

Hafetz Necheles & Rocco