UNITED STATES DISTRICT COURT                                **March 12, 2012**
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -                                Cr. No. <u>10-985 (S-2)(FB)</u>

Pedro Espada, Jr., and
Pedro Gautier Espada

              Defendant.

- - - - - - - - - - - - - - - - -X

<br>

## <u>THE GOVERNMENT'S EXHIBIT LIST</u>

<br>

Loretta E. Lynch
United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York  11201

Roger Burlingame
Todd Kaminsky
Carolyn Pokorny
Assistant U.S. Attorneys
   (Of Counsel)

1

| GX # | Description | Offered | Admitted |
|------|-------------|---------|----------|
| 1 | restaurant receipts (Lobster House) | | |
| 2 | receipt for garage door  (Home Depot) | | |
| 3 | receipt for front door (Home Depot) | | |
| 4 | receipt for outdoor post light (Home Depot) | | |
| 5 | receipt for fencing (Home Depot) | | |
| 6 | receipt for fencing (Home Depot) | | |
| 7 | receipt for fence accessories (Home Depot) | | |
| 7(a) | Stipulation: Home Depot Records | | |
| 8(a)-(g) | photographs, Pedro Espada's home in Mamaroneck | | |
| 9 | receipts (City Windows) | | |
| 9(a) | Stipulation: City Windows Records | | |
| 10 | receipts (Edible Arrangements) | | |
| 10(a) | Stipulation: Edible Arrangements | | |
| 11 | "I'm a Fan of Pedro Espada" fan (Mailings Unlimited) | | |
| 12 | receipt (Mailings Unlimited) | | |
| 13 | emails and attachments (Mailings Unlimited) | | |
| 14 | invoices (El San Juan hotel) | | |
| 15 | receipts (Spa Finder) | | |
| 16 | gift certificate (Ellen Marie Day Spa) | | |
| 17a | receipts (Casa Building) | | |
| 17b | brochure (Casa Building) | | |
| 17c | Stipulation: Casa Building | | |
| 18(a)-(g) | Norwich Spa records | | |
| 19a | PayPal transaction details | | |

2

| GX # | Description | Offered | Admitted |
|---|---|---|---|
| 19b | photos (vending machine) | | |
| 20(a) | Chart - amounts by year and category | | |
| 20(b) | Chart - Park Florist | | |
| 20(c) | Chart - Edible Arrangements | | |
| 20(d) | Chart - All Travel | | |
| 20(e) | Chart - Misc. Charges | | |
| 20(f) | Chart - Home Improvements | | |
| 20(g) | Chart - Top 10 Restaurants - | | |
| 20(h) | Chart - All Food Charges  - | | |
| 20(i) | Chart - Holiday | | |
| 20(j) | Chart - Misc. Thefts - | | |
| 20(k) | Chart - Top Most Expensive Restaurant Purchases | | |
| 20(l) | Chart - Albany Purchases/Senate Per Diem | | |
| 20(m) | Chart - Senate Per Diem and Albany Purchases | | |
| 20(n) | Chart - 2009 Vehicles Payments, Vendor Payments, Personal Payments, Rent Receipts and Payments from CCDC | | |
| 20(o) | Chart - 2008 Vehicles Payments, Vendor Payments, Personal Payments, Rent Receipts and Payments from CCDC | | |
| 20(p) | Chart - 2007 Vehicles Payments, Vendor Payments, Personal Payments, Rent Receipts and Payments from CCDC | | |
| 20(q) | Chart - 2006 Vehicles Payments, Vendor Payments, Personal Payments, Rent Receipts and Payments from CCDC | | |
| 20(r) | Chart - 2007 Vehicles Payments, Vendor Payments, Personal Payments, Rent Receipts and Payments from CCDC | | |

| GX # | Description | Offered | Admitted |
|------|-------------|---------|----------|
| 20(s) | Chart - CEDC Payments to Relatives | | |
| 20(t) | Chart - SME Campaign Expenses | | |
| 20(u) | Chart - Personal Payments | | |
| 20(v) | Chart - 2007 SME Rent Receipts | | |
| 20(w) | Chart - American Express "double dipping" | | |
| 20(x) | Chart - Rent Payments (2005-09) | | |
| 21(a) | N. Ortiz email dated 4/1/08 | | |
| 21(b) | N. Ortiz email dated 4/8/08 | | |
| 21(c) | N. Ortiz email dated 3/19/08 | | |
| 21(d) | N. Ortiz email dated 3/19/08 | | |
| 21(e) | N. Ortiz email dated 3/22/08 | | |
| 21(f) | N. Ortiz email dated 4/17/08 | | |
| 22(a) | N. Ortiz email dated 6/4/08 | | |
| 22(b) | N. Ortiz email dated 6/5/08 | | |
| 23(a) | N. Ortiz email 9/10/08 | | |
| 23(b) | N. Ortiz email 9/10/08 | | |
| 23(c) | N. Ortiz email 9/10/08 | | |
| 23(d) | N. Ortiz email 9/10/08 | | |
| 23(e) | Flyer | | |
| 24(a) | N. Ortiz email 1/2/08 | | |
| 24(b) | N. Ortiz email 6/23/09 | | |
| 24(c) | N. Ortiz email 1/14/10 | | |
| 24(d) | **blank intentionally** | | |
| 24(e) | N. Ortiz email 5/7/09 | | |
| 24(f) | N. Ortiz email 12/4/08 | | |
| 25(a) | N. Ortiz email dated 9/18/07 | | |

| GX # | Description | Offered | Admitted |
|------|-------------|---------|----------|
| 25(b) | **blank intentionally** | | |
| 25(c) | N. Ortiz email dated 9/18/07 | | |
| 25(d) | **blank intentionally** | | |
| 25(e) | N. Ortiz email dated 10/15/07 | | |
| 25(f) | N. Ortiz email dated 10/15/07 | | |
| 25(g) | N. Ortiz email dated 12/6/08 | | |
| 26(a) | N. Ortiz email dated 4/21/08 | | |
| 26(b) | N. Ortiz email dated 3/31/08 | | |
| 27(a) | N. Ortiz email dated 10/16/08 | | |
| 27(b) | N. Ortiz email dated 10/25/08 | | |
| 28 | N. Ortiz email dated 10/28/08 | | |
| 29(a) | N. Ortiz email dated 8/26/08 | | |
| 29(b) | N. Ortiz email dated 8/14/08 | | |
| 30 | 2008 Amex Verification Chart | | |
| 31 | 2009 W-2 for Pedro Espada and back-up documents | | |
| 32 | 2008 W-2 for Pedro Espada | | |
| 33 | 2007 Amex Summary Document | | |
| 34 | March 2007 Amex Pedro Espada Checks with back-up documents | | |
| 35(a) | 2009 ADP quarterly report and draft W-2 for Pedro Espada | | |
| 35(b) | 2009 Fringe Benefit Calculation | | |
| 35(c) | 2009 Fringe Benefit Calculation | | |
| 36 | 2009 Amex charts | | |
| 37 | 2009 Amex charts | | |

| GX # | Description | Offered | Admitted |
|---|---|---|---|
| 38 | P. Valdez e-mail 3/30/10 | | |
| 39(a) | ADP record (part of GX 39) | | |
| 39(b) | 2004-2006 Amex back-up documents | | |
| 40 | 2006 Amex back-up documents | | |
| 41 | Phil Valdez - 10/28/08 email | | |
| 42 | notice of personnel status change for Pedro Espada | | |
| 43 | 2009 quarterly ADP records for Pedro Espada | | |
| 44 | 4/27/07 Board Resolution re. Per Diem  with bates-stamped version | | |
| 45 | **blank intentionally** | | |
| 46 | SME janitorial contract | | |
| 47(a) | 12/30/09 email from Trotter to Valdez | | |
| 47(b) | 2/4/10 SME check to CCDC | | |
| 48 | 2007 Pedro Espada receipts submitted for reimbursement | | |
| 49 | 2009 Pedro Espada receipts submitted for reimbursement | | |
| 50 | **blank intentionally** | | |
| 51 | receipts/check (Kevin Vargas/videographer) | | |
| 51(a) | CCDC Check Register (Kevin Vargas) | | |
| 52 | N. Ortiz email 10/24/08 | | |
| 53 | Original Amex binder (recovered from P. Valdez office) | | |
| 54 | 1/27/10 email from Phil Valdez to Michael Martinucci | | |
| 55 | Park Florist records (from P. Valdez's office) | | |

| GX # | Description | Offered | Admitted |
|------|-------------|---------|----------|
| 56 | Per Diem/CCDC - Norma Oritz | | |
| 57 | Per Diem/CCDC - Norma Oritz | | |
| 58 | Rent checks - Maks Dental | | |
| 59 | Additional Amex Records (from P. Valdez's Office) | | |
| 60 | death certificate | | |
| 60(a) | Stipulation: Death Certificate | | |
| 61 | Yonkers Raceway records | | |
| 62 | Check | | |
| 63 | Stip: Photographs/map | | |
| 64 | 9 Bronx Imaging Checks | | |
| 64(a) | 2 Bronx imaging checks to CCDC | | |
| 65 | check | | |
| 66 | **blank intentionally** | | |
| 67 | SME Invoices | | |
| 68 | Marked-up Amex Statement  *Note - contained with binder marked GX 53 | | |
| 69 | Espada Housing Allowance Check | | |
| 70 | Vacation Requests | | |
| 71 | Vacation Requests | | |
| 72 | **blank intentionally** | | |
| 73 | Espada for the People Check | | |
| 74 | Stipulation: records recovered from Soundview during search | | |
| 75 | Stipulation: Legal Seafood | | |
| 76 | Stipulation: Haiku Asian Bistro | | |

| GX # | Description | Offered | Admitted |
|------|-------------|---------|----------|
| 77 | Stipulation: Seasons Japanese | | |
| 78 | receipts (Home Depot) | | |
| 79 | receipts (Home Depot) | | |
| 80 | CCDC Schedule of Additional Compensation for Pedro Espada, Jr. | | |
| 81 | Crystal Jordan Contract | | |
| 82 | receipts | | |
| 83 | Consultant contract - Alex Espada | | |
| 84 | Check request | | |
| 85 | 12/31/06 CCDC and Affiliate consolidated financial statements | | |
| 86 | 12/31/07 CCDC and Affiliate consolidated financial statements | | |
| 87 | 1/19/83 memo | | |
| 88 | 10/12/83 memo | | |
| 89 | employment agreement 9/1/89 | | |
| 90 | Form 2 - Staffing Profile | | |
| 91 | St. Thomas Conference Flyer 5/31 to 6/3/05 | | |
| 92 | Pedro Espada, Jr. CV | | |
| 93 | Promissory Note | | |
| 94 | 6/25/08 Norma Ortiz email | | |
| 95 | 2009 New York State Vendor Responsibility Questionnaire | | |
| 96 | Payroll Journal - Community Expansion | | |
| 97 | 3/24/10 Phil Valdez e-mail | | |
| 98 | 11/12/07 letter announcing clinic relocation | | |

| GX # | Description | Offered | Admitted |
|---|---|---|---|
| 99 | Citibank Records - Connie and Pedro Espada, Jr. (complete) | | |
| 99(a) | Stip: Citibank Records | | |
| 100 | invoice (video for Pedro G. Espada, Jr.'s birthday 4/28/07) | | |
| 100a | Video of 6/6/06 birthday party - EDITED | | |
| 100b | Video of 6/6/06 birthday party - UNEDITED | | |
| 100(c) | N. Ortiz email of 4/17/07 re. video for Pedro G. Espada, Jr.'s birthday party on 4/28/07 | | |
| 100(d) | N. Ortiz email of 7/28/07 re. video for Pedro G. Espada, Jr.'s birthday party on 4/28/07 | | |
| 100(e) | E. Lopez email of 7/29/07 re. video for Pedro G. Espada, Jr.'s birthday party on 4/28/07 | | |
| 100(f) | N. Ortiz email of 5/29/08 regarding Alana Espada's birthday party on 6/7/08 | | |
| 101 | Stills from 6/6 Birthday Party | | |
| 101a | Stills from 6/6 Birthday Party | | |
| 101b | Stills from 6/6 Birthday Party | | |
| 101c | Stills from 6/6 Birthday Party | | |
| 102 | invoice (Bronx Equestrian) | | |
| 103 | Citibank Records - CCDC | | |
| 104 | Citibank Records - CEDC | | |
| 105 | Banco Popular - CEDC | | |
| 105(a) | Stip: Banco Popular | | |
| 106 | Chase Bank - CCDC | | |
| 106(a) | Stip: Chase Bank | | |
| 107 | HSBC - SME | | |
| 107(a) | additional HSBC-SME records | | |

9

| GX # | Description | Offered | Admitted |
|---|---|---|---|
| 108 | HSBC - Regal Realty | | |
| 108(a) | stip: HSBC | | |
| 109 | call tickets, invoices (HV-AC repair) | | |
| 110 | call tickets, invoices (HV-AC repair) | | |
| 111(a)-(b) | audio tapes of interviews of Pedro Espada by Don MacLaren | | |
| 112(a)-(b) | transcripts of audio taped interviews with Don MacLaren | | |
| 113 | draft contract (Don Maclaren) | | |
| 114 | fax cover and contract  (Bay Palm Realty) | | |
| 115 | checks (Bay Palm Realty) | | |
| 116 | 12/6/07 letter from Pedro Espada to PIP printing | | |
| 117 | printing orders (PIP Printing) | | |
| 118 | 8/6/09 email and letter attach. (Laurence Laufer) | | |
| 119 | **blank intentionally** | | |
| 119(a)-(b) | CEDC checks to Huntington Learning Center | | |
| 120 | Carlos Mosette attendance records, Huntington Learning Center | | |
| 120(a) | Stipulation: Huntington Learning | | |
| 121 | Preston H.S. records for Angelina Gonzalez | | |
| 121(n) | Stipulation: Preston H.S. | | |
| 122(a)-(g) | Phyl's Flowers records | | |
| 122(h) | Stipulation: Phyl's Flowers | | |
| 123(a)-(c) | St. John's University records for Angelina Gonzalez (a), and checks ((b)-(c)). | | |
| 123(d) | Stipulation: St. John's | | |
| 124 | Mercedes records | | |

| GX # | Description | Offered | Admitted |
|---|---|---|---|
| 124(a) | Stip: Mercedes Records | | |
| 125 | Bentley records | | |
| 125(a) | Stip: Bentley records | | |
| 126 | GMC records | | |
| 126(a) | Stip: Milea Auto Records | | |
| 127 | 2007 reimbursement receipts (for Pedro G. Espada) | | |
| 128 | HSBC Soundview Records | | |
| 128(a) | HSBC Soundview records (statements only for GX 128) | | |
| 129 | 2008 reimbursement receipts (for Pedro G. Espada) | | |
| 130 | 2008 reimbursement receipts (for Pedro G. Espada) | | |
| 131 | 1/9/07 letter and attachment re. 2005 1040 | | |
| 132 | 6/6/06 fax cover RE: 572 Leland | | |
| 133 | 12/16/05 Ltr RE: 572 Leland | | |
| 134a | 5/3 1PM Phone receipt | | |
| 134b | phone receipt | | |
| 135 | 2005 schedule E worksheet | | |
| 136 | 2004 schedule E worksheet | | |
| 137 | 2003 schedule E worksheet | | |
| 138 | Feb. 25, 2011 letter to Pedro Espada | | |
| 139 | **blank intentionally** | | |
| 140 | | | |
| 141 | | | |
| 142 | | | |

11

| GX # | Description | Offered | Admitted |
|------|-------------|---------|----------|
| 143 | | | |
| 144 | | | |
| 145 | | | |
| 146 | | | |
| 147 | | | |
| 148 | | | |
| 149 | | | |
| 150 | | | |
| 151(a) | Chart: CEDC Misappropriations | | |
| 151(b) | Chart: Janitorial Schedule | | |
| 151(c) | Chart: Rent Payment | | |
| 152 | CEDC Amex records | | |
| 153 | Pedro Espada exemplars | | |
| 154 | Pedro Gautier Espada exemplars | | |
| 154(a) | Stipulation: Handwriting | | |
| 155 | CEDC accounting ledger, and Pedro Gautier Espada exemplar | | |
| 156 | 2 pages from 2007 Pedro and Connie Espada tax return, labeled "Q-25-1 to 2" | | |
| 157 | evidence envelope, handwriting samples | | |
| 158 | Pedro Gautier Espada (K-2 writer's) ID chart (handwriting analyst) | | |
| 159 | Pedro Espada (K-1 writer's) ID chart (handwriting analyst) | | |
| 160 | Pedro Espada (K-1 writer's) "Strong Probability Chart #2" (handwriting analyst) | | |
| 161 | Pedro Gautier Espada (K-2 writer) "Strong Probability Chart" (handwriting analyst) | | |

| GX # | Description | Offered | Admitted |
|------|-------------|---------|----------|
| 162 | Pedro Espada (K-1 writer's) "Strong Probability Chart #1" (handwriting analyst) | | |
| 163 | | | |
| 164 | | | |
| 165 | | | |
| 166 | | | |
| 167 | | | |
| 168 | | | |
| 169-198 | *intentionally left blank* | | |
| 199 | Transcript of 2006 - Pedro and Connie Espada's tax returns | | |
| 200 | 2009-2010 absence of return for Pedro and Connie Espada | | |
| 201 | Pedro and Connie Espada's 2003 tax return (official) | | |
| 202 | Pedro and Connie Espada's 2004 tax return (official) | | |
| 203 | CEDC 2004 tax return (official) | | |
| 204 | Pedro and Connie Espada's 2005 tax return (official) | | |
| 205 | Pedro and Connie Espada's 2006 tax return (official) | | |
| 206 | CEDC 2005 tax return (official) | | |
| 207 | Pedro and Connie Espada's 2007 tax return (official) | | |
| 208 | Pedro and Connie Espada's 2007 amended tax return (official) | | |
| 209 | certificate of absence of 2007 tax return for CEDC (official) | | |
| 210 | certificate of absence of 2008 tax return for CEDC | | |

| GX # | Description | Offered | Admitted |
|---|---|---|---|
| | (official) | | |
| 211 | Pedro and Connie Espada's 2008 tax return (official) | | |
| 211(a) | Stip: IRS Records | | |
| 212-15 | left blank intentionally | | |
| 216 | annotated CEDC checks (2006 and 2007) | | |
| 216(a) | original $3,000 check, copy of which is found in 216 and marked "Q-214-2." | | |
| 217 | annotated CEDC checks (2006 and 2007) | | |
| 218 | marked-up CEDC quickbooks ledger for 2005 | | |
| 219 | July 2005 through June 2006 CEDC quickbooks ledger | | |
| 220 | Mercedes paperwork | | |
| 221 | 2/11/08 email and attachment | | |
| 222 | 2/13/08 email and attachment | | |
| 223 | 2/28/08 emails | | |
| 224 | 3/4/08 email | | |
| 225 | 4/11/08 email | | |
| 226 | 7/9/08 email and attachment | | |
| 227 | 1/1/06 to 12/31/06 CEDC quickbooks ledger with email | | |
| 228 | 8/15/08 email | | |
| 229 | 10/6/08 email | | |
| 230 | 12/2/08 email | | |
| 231 | 12/2/08 email | | |
| 232 | 12/10/08 email | | |
| 233 | 12/23/08 email with attached checks | | |

| GX # | Description | Offered | Admitted |
|------|-------------|---------|----------|
| 234 | 1/1/07 to 12/31/07 CEDC quickbooks ledger with email | | |
| 235 | 1/9/08 email | | |
| 236 | 7/1/08 email | | |
| 237 | CEDC Amex transactions 2007 | | |
| 238 | 2003 CEDC tax return | | |
| 239 | IRS correspondence | | |
| 240 | p. 7 of Board minutes | | |
| 241 | CEDC chart | | |
| 242-44 | *Intentionally left blank* | | |
| 245 | SME Articles of Incorporation | | |
| 246 | Soundview Articles of Incorporation | | |
| 247 | Espada employment agreement dated May 26, 2005 | | |
| 248 | Stipulation: Articles of Incorp. | | |
| 249 | copy of Pedro Espada's Amex Card | | |
| 250 | *Intentionally left blank* | | |
| 251 | 501(c)(3) regulations - TBD | | |
| 252 | Code One checks | | |
| 253 | SME Invoice - Dr. Bloch | | |
| 254 | copies of Dr. Bloch checks | | |
| 255 | copies of Dr. Bloch checks | | |
| 256 | GE Service Invoice - Dr. Bloch | | |
| 257 | Photos of Soundview, and Satellite locations | | |
| 258 | 10/24/08 - Email | | |
| 259 | Space Utilization Agreement (Weight Watchers) | | |

| GX # | Description | Offered | Admitted |
|---|---|---|---|
| 260 | Weight Watchers Notice of Change | | |
| 261(a) -(c) | Supplier Payment History Report (Weight Watchers) | | |
| 262 | Weight Watchers Notice of Change | | |
| 263 | Weight watchers rent checks | | |
| 264 | 1/16/01 letter (Weight Watchers) | | |
| 265 | Map of Soundview Facilities | | |
| 266 | Sublease with Bronx Imaging | | |
| 267 | Bronx Imaging rent schedule (from Pedro Espada's office) | | |
| 268 | Precision Ultrasound Check to Espada for the People | | |
| 269a | CEDC checks - Dinesh | | |
| 269b | CCDC checks - Dinesh | | |
| 270 | Norma note re: 10/08 check re. SME | | |
| 271 | Mahesh Pharmacy Lease | | |
| 271a | Rider to Mahesh Pharmacy lease | | |
| 271b | 731/Dinesh maintenance contract | | |
| 271c | Rider to CEDC Services Agreement | | |
| 271d | schedule of subtenants | | |
| 271e | Assignment from 731 to CCDC | | |
| 271f | Assignment from Mahesh to Dinesh | | |
| 272 | Board: Mahesh Pharmacy front counter | | |
| 272(a) | Board: Mahesh Pharmacy behind Counter | | |
| 273 | Janitorial Contract between SME and 233rd Street Dental | | |
| 274 | CEDC Sublease for Maks Dental | | |

16

| GX # | Description | Offered | Admitted |
|------|-------------|---------|----------|
| 275 | dental-related agreements | | |
| 276 | undated letter from Mt. Zion church | | |
| 277 | 2/10/08 letter from CEDC | | |
| 278 | 12/7/06 soundview letter | | |
| 279 | 10/29/08 letter from CCDC | | |
| 280 | bid proposal (Safety Building) 8/30/07 | | |
| 281 | bid proposal  (Safety Building) 9/11/07 | | |
| 282 | bid proposal  (Safety Building) 10/2/07 | | |
| 282(a) | bid proposal (Safety Building) 10/2/07) | | |
| 283 | bid proposal 8/13/07 (Coverall) | | |
| 284 | **blank intentionally** | | |
| 284(a) | Soundview telephone bill 9/1/07 | | |
| 284(b) | Soundview telephone bill 11/1/07 | | |
| 285 | bid proposal 9/18/07 (Capital) | | |
| 286 | Yukon vehicle for Connie Espada | | |
| 286(a) | Stip: GMAC Records | | |
| 287 | CBS news video | | |
| 288 | sales receipts (Park Florist) | | |
| 288(a) | Stipulation: Park Florist Records | | |
| 289 | video, Pedro Espada's acceptance speech | | |
| 290 | 1 Norma Ortiz email (10/21/08) | | |
| 291 | Medicare Cost Report | | |
| 292 | Letter to HRSA | | |
| 293 | 2/6/03 letter from HHS to Edward White re. CEDC | | |
| 294 | 6/25/10 email from Julia Tsien to HRSA | | |

| GX # | Description | Offered | Admitted |
|---|---|---|---|
| 295 | 5/25/10 letter from Soundview to HRSA | | |
| 296 | 8/2/10 Pedro Espada's letter to Ken Brennan, | | |
| 297 | 6/13/07 letter from Pedro Espada to HRSA | | |
| 298 | 9/12/07 letter | | |
| 299 | HRSA summary of grant awards from 1995 to 2011 | | |
| 300 | HRSA grant awards | | |
| 301 | Email - 1/7/09 - Suganthi/Feldman | | |
| 302 | Outside bids that Soundview provided to HRSA | | |
| 303 | 45 C.F.R. Section 74.43 | | |
| 304 | Bronen's Music Quickreport | | |
| 305 | Letter re: Response to Grant Conditions dated 8/5/10 | | |
| 306-50 | **left blank intentionally** | | |
| 351 | Hurley's copy of Pedro and Connie Espada's 2005 tax return. | | |
| 352 | CEDC's balance sheet as of June 30, 2005 | | |
| 353 | 10/27/06 invoice | | |
| 354 | Bentley receipt | | |
| 355 | Lynn Adams letter to Hurley dated 12/7/06 | | |
| 356 | email from Smith to N. Ortiz dated 11/17/06 | | |
| 357 | handwritten Leland Avenue itemized costs list | | |
| 358 | certified record of Leland Avenue sale (3 pages) | | |
| 358(a) | Certified record of Leland Avenue (5 pages) new 3/5/12 | | |
| 359 | PHH Mortgage records for 325 E. 201st St. | | |
| 359(a) | Stipulation: PHH Mortgage | | |

| GX # | Description | Offered | Admitted |
|---|---|---|---|
| 360 | Mortgage application, Hudson Valley Bank | | |
| 360(a) | Stip: Hudson Valley Bank | | |
| 361 | BAC mortgage refinancing application for 115 Beechwood | | |
| 361(a) | Stip: BAC | | |
| 362 | CEDC 2002 IRS Penalty Notice | | |
| 363 | 6/20/07 - Fax cover | | |
| 364 | 7/12/07 - Fax cover | | |
| 365 | 2006 Pedro and Connie Espada tax return | | |
| 366 | 5/3/07 cover letter and attached ledger | | |
| 367 | fax cover sheet - 7/11/07 | | |
| 368 | Espada response re. CEDC expenses | | |
| 369 | 7/25/07 letter terminating relationship | | |
| 370 | 2/14/07 letter | | |
| 371 | document showing sale of CEDC to Soundview | | |
| 372 | handwritten notes re. capital loss for CEDC | | |
| 373 | Pedro and Connie Espada's 2006 amended tax return | | |
| 374 | Pedro and Connie Espada's 2007 tax return | | |
| 375 | 2007 W-2 for Pedro Espada, Jr. | | |
| 376 | Connie Espada's 1099 for Platinum Placement | | |
| 377 | Borella (CPA) handwritten notes | | |
| 378 | Borella (CPA) handwritten notes | | |
| 379 | Borella (CPA) handwritten notes | | |
| 380 | Pedro Espada's 2007 amended W-2 | | |
| 381 | Pedro and Connie Espada's amended 2007 tax return | | |

| GX # | Description | Offered | Admitted |
|---|---|---|---|
| 382 | Pedro Espada's amended 2008 W-2 | | |
| 383 | Carmine and Pedro Espada's 2008 tax returns | | |
| 384 | Regal Realty operating agreement | | |
| 385 | SME ledger 2008 | | |
| 386 | SME ledger 2007 | | |
| 387 | **blank intentionally** | | |
| 387(a) | 12/28/09 letter from Pedro Espada to CCDC | | |
| 387(b) | 1/7/10 Pedro Espada letter stating SME derived a profit of $35,000 for calendar year 2008 | | |
| 388 | Progressive Car Insurance documents | | |
| 389 | Soundview's 2003 Per Diem Policy | | |
| 390 | 12/19/08 letter to NY Hospital Program | | |
| 391 | Dr. Orloff unsigned lease | | |
| 392 | Dr. Orloff equipment services agreement | | |
| 393 | Pedro Espada reimbursement of legislative expenses | | |
| 394 | **blank intentionally** | | |
| 395 | | | |
| 396 | | | |
| 397 | | | |
| 398 | | | |
| 399 | | | |
| 400 | 3/23/07 letter to Dept. of Health | | |
| 401 | 4/15/08 vendor responsibility attestation | | |
| 402 | Application to Dept. of Health to relocate clinic | | |
| 403 | CEDC contract 2/11/05 | | |

| GX # | Description | Offered | Admitted |
|------|-------------|---------|----------|
| 404 | April 16, 2010 print-out of email with writing | | |
| 405 | Sylvan Learning Center account history - John Miranda | | |
| 406 | Sylvan Learning Center account history - John Miranda | | |
| 406(a) | Stipulation: Sylvan Learning | | |
| 407 | Home repairs notes and records | | |
| 408 | Documents examined by William Riordan (notebook) | | |
| 408(a) | Documents examined by William Riordan | | |
| 408(b) | Documents examined by William Riordan | | |
| 409 | Board Minutes 5/29/03 | | |
| 410 | Board minutes 1/27/05 | | |
| 411 | Board minutes 1/31/05 | | |
| 412 | Cabinet minutes 2/7/05 | | |
| 413 | Board minutes 5/26/05 | | |
| 414 | Board minutes 6/30/05 | | |
| 415 | Board minutes 9/29/05 | | |
| 416 | Board minutes 11/29/05 | | |
| 417 | Executive Session 1/26/06 | | |
| 418 | Board minutes 9/28/06 | | |
| 419 | Board minutes Bd Min 2/22/07 | | |
| 420 | Board minutes 4/19/07 | | |
| 421 | Board minutes 7/26/07 | | |
| 422 | Board minutes 9/13/07 | | |
| 423(a) | Executive minutes 12/11/07 | | |
| 423(b) | Board minutes 12/20/07 | | |

| GX # | Description | Offered | Admitted |
|------|-------------|---------|----------|
| 424 | Board minutes 11/20/08 | | |
| 425 | Board minutes  12/17/08 | | |
| 426 | Board Resolution 12/17/08 | | |
| 427 | **blank intentionally** | | |
| 428 | Board minutes 10/13/09 | | |
| 429 | **blank intentionally** | | |
| 430 | Stipulation: Soundview Board Min. | | |
| 431 | Photo of Yukon | | |
| 432 | Board: Soundview Main Clinic at 731 White Plains Road | | |
| 433 | Espada Family Tree | | |
| 434 | Board: Party at 115 Beechwood Drive on 6/6/06 | | |
| 435 | Board: 115 Beechwood Drive | | |
| 436 | Board: 2007 GMC Yukon | | |
| 437 | Photo of Clinic | | |
| 438 | Photo of Diallo Medical Center | | |
| 439 | Photo of Clinic | | |
| 440 | Photo of Burnside Medical Center | | |
| 441 | Photo of Clinic | | |
| 442 | Photo of Marbella Caribe | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| GX # | Description | Offered | Admitted |
|------|-------------|---------|----------|
|      |             |         |          |
|      |             |         |          |
|      |             |         |          |
|      |             |         |          |
|      |             |         |          |
|      |             |         |          |
|      |             |         |          |
|      |             |         |          |
|      |             |         |          |
|      |             |         |          |
|      |             |         |          |
|      |             |         |          |
|      |             |         |          |
|      |             |         |          |
|      |             |         |          |
|      |             |         |          |
|      |             |         |          |
|      |             |         |          |
|      |             |         |          |
|      |             |         |          |