# HAFETZ NECHELES & ROCCO
ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110
TELEPHONE: (212) 997-7595
TELECOPIER: (212) 997-7646
E-MAIL: INFO@HNRLAWOFFICES.COM

March 26, 2012

VIA EMAIL AND ECF

Carolyn Pokorny, Esq.
Roger Burlingame, Esq.
Todd Kaminsky, Esq.
Unites States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Pedro Espada, Jr., et al., 10-CR-985 (FB)*

Dear Ms. Pokorny,

The stipulation you asked us to review regarding the handwriting exemplars are acceptable if it contains the following paragraph:

Pursuant to a Grand Jury subpoena served by the United States Attorney's office on attorneys for Pedro Espada, Jr. and Pedro Gautier Espada, they appeared in the United States Attorney's office and provided the exemplars contained in GX 153 and GX 154 by writing words or phrases that they were instructed to write. No other subpoena was served on Pedro Espada, Jr. or Pedro Gautier Espada requesting any further handwriting exemplars.

HAFETZ NECHELES & ROCCO

Very truly yours,

By: /s/Susan R. Necheles
Susan R. Necheles
Hafetz Necheles & Rocco
500 Fifth Avenue, 29th Floor
New York, NY 10110
Telephone: (212) 997-7595
Facsimile: (212) 997-7646
*Attorney for Pedro Espada Jr.*

/s/ Russell Gioiella
Russell Gioiella
Litman Asche & Gioiella
140 Broadway
New York, NY 10005
Telephone: (212) 809-4500
Facsimile: (646) 607-9643
*Attorney for Pedro Gautier Espada*