*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

CP
F.#2010R00420

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

April 9, 2012

<u>BY EMAIL</u>

Susan R. Necheles, Esq.
500 Fifth Avenue
29th Floor
New York, NY 10110

Russell M. Gioiella, Esq.
140 Broadway
38th Floor
New York, New York 10005

Re: <u>United States v. Pedro Espada Jr., et al.</u>
<u>Criminal Docket No. 10-985 (FB)</u>

Dear Counsel:

I write in response to your letter of April 4, 2012.

As to your request for the location where documents were recovered from within Pedro Espada, Jr.'s office suite, please be advised that the agents generally grouped the documents by where they were found within the suite, which notation is contained in the discovery provided to you. For example, I direct your attention to the pages bates-stamped PE 1, 46, 1279 and 2237.

Regarding your request for the documents from Maria Cruz's office, we note that you were given copies of all such documents last year. In addition, while Ms. Cruz was on the witness stand, you asked that we make the originals available for inspection. Accordingly, we had agents retrieve the originals from storage and produced them in court, where you made use of them on cross-examination. Since we have provided you with copies of all documents recovered from Ms. Cruz's office, and already produced the originals to you in court, we have complied with our obligations.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By: \_\_\_\_/s/_____
Carolyn Pokorny
Assistant U.S. Attorney
(718) 254-6291

Clerk of the Court (FB)