

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CP:TK                        *271 Cadman Plaza East*
F.#2010R00420                *Brooklyn, New York  11201*


April 11, 2012


<u>BY EMAIL</u>

Susan R. Necheles, Esq.
Hafetz Necheles & Rocco
500 Fifth Avenue
29th Floor
New York, NY 10110

Russell M. Gioiella, Esq.
140 Broadway
38th Floor
New York, New York 10005

        Re:   United States v. Pedro Espada Jr., et al.
              <u>Criminal Docket No. 10-985 (FB)</u>

Dear Counsel:

        In an abundance of caution, pursuant to its obligations under <u>Brady v. Maryland</u>, 373 U.S. 83 (1983) and its progeny, the government hereby notifies you that you may wish to speak with Gary Nassau, Ira Margolis and Gerald Eisenberg, with respect to their attendance at an event at the Harbour Restaurant in October 2007.

        If you have any questions concerning the above, please contact us.


                   Very truly yours,

                   LORETTA E. LYNCH
                   United States Attorney


       By:      /s/
                   Carolyn Pokorny
                   Roger Burlingame
                   Todd Kaminsky
                   Assistant U.S. Attorneys