U.S. Department of Justice



*United States Attorney*
*Eastern District of New York*

F.#2010R00420

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 12, 2012

The Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Pedro Espada, Jr. et al.
           Criminal Docket No. 10-985 (S-2)(FB)

Dear Judge Block:

      We respectfully write regarding the introduction of certain exhibits. We have identified five additional exhibits we wish to introduce, all of which were recovered from Soundview's offices or computers pursuant to a search warrant (GX 34, 39(b), 69, 164 and 165). Enclosed are copies of the exhibits and a chart describing the exhibits.

      Respectfully submitted,

      LORETTA E. LYNCH
      United States Attorney

By:     /s/
      Carolyn Pokorny
      Assistant U.S. Attorney
      (718) 254-6291

cc: Defense Counsel (via ECF)