# HAFETZ NECHELES & ROCCO

ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110
TELEPHONE: (212) 997-7595
TELECOPIER: (212) 997-7646
E-MAIL: INFO@HNRLAWOFFICES.COM

April 17, 2012

Honorable Frederic Block
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

      Re: U.S. v. Pedro Espada, Jr. et al.
         10-CR-985 (FB)

Dear Judge Block,

  We object to the following government charts:

1. 448, 449, 451, 452: These are not summaries of voluminous documents. They address selective evidence and are summation charts, some of which contain inflammatory pictures. They are not properly admissible in evidence pursuant to F.R. Evid.1006.

2. 452: This chart is additionally objectionable because the CCDC Chase bank loan of $7,500 to Jeanette Torres is not charged as a theft in this case. This chart wrongly makes it appear as though that $7,500 was stolen from Soundview.

3. 151(a): This chart contains a column entitled "descriptions" which are the government's characterizations of the expenditures at issue. This is improper on a summary chart. This column should be deleted from the chart. We previously told the government about this objection but the chart has not been amended.

4. 20(o), 20(p), 20(q), 20(r): These are charts which purport to set forth the money allegedly stolen by the defendants. Each exhibit contains multiple charts for each year.

HAFETZ NECHELES & ROCCO

We object to the chart contained in each exhibit entitled "Income from Soundview." There is no charge that these amounts were theft from Soundview and these charts are likely to confuse the jury to believe that the amounts paid by Soundview to CEDC are alleged to have been theft.

5. 20(d): This chart contains descriptions of charges that do not match the descriptions of the corresponding charges on the Amex statements.

Respectfully submitted,

Susan R. Necheles

Russell Gioiella