UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------

UNITED STATES OF AMERICA,                    ORDER OF SUSTENANCE


  -vs-

                                                             CR-10-985(S-2) (FB)

PEDRO ESPADA JR. &
PEDRO GAUTIER ESPADA,
                            Defendants.

---------------------------------------------------------------


         **ORDERED** that the Marshal supply proper
 (    )     LODGING

(XX )     SUSTENANCE

(    )     TRANSPORTATION

        to the (12) jurors empaneled in the above entitled case.


DATED:  Brooklyn, New York
           **May 4,  2012**


( ) DURING TRIAL

(XX)  DELIBERATING

( ) SEQUESTERED
                                                   _____
( ) BREAKFAST                                            U. S. D. J.

(XX)  LUNCH

( ) OTHER _____