UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------

UNITED STATES OF AMERICA,　　　　　　ORDER OF SUSTENANCE

　-vs-

　　　　　　　　　　　　　　　　　　　CR-10-985(S-2) (FB)

PEDRO ESPADA JR. &
PEDRO GAUTIER ESPADA,
　　　　　　　　Defendants.

-------------------------------------------------------------

**ORDERED** that the Marshal supply proper

( 　) 　LODGING

(XX ) 　SUSTENANCE

( 　) 　TRANSPORTATION

　　　　to the (12) jurors empaneled in the above entitled case.

DATED:  Brooklyn, New York
　　　　**May 7,  2012**

( ) DURING TRIAL

(XX) DELIBERATING

( ) SEQUESTERED

( ) BREAKFAST　　　　　　　　　　　　　　　U. S. D. J.

(XX) LUNCH

( ) OTHER _____