UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER OF SUSTENANCE |
| -vs- | |
| | CR-10-985(S-2) (FB) |
| PEDRO ESPADA JR. & | |
| PEDRO GAUTIER ESPADA, | |
|                 Defendants. | |

-------------------------------------------------------------

**ORDERED** that the Marshal supply proper

( )    LODGING

(XX )    SUSTENANCE

( )    TRANSPORTATION

        to the (12) jurors empaneled in the above entitled case.

DATED:  Brooklyn, New York
        **May 8, 2012**

( ) DURING TRIAL

(XX) DELIBERATING

( ) SEQUESTERED

                                                                                   _____

( ) BREAKFAST                                                          U. S. D. J.

(XX) LUNCH

( ) OTHER _____