

May 10, 2012

U.S. District Judge Frederic Block
Eastern District of New York
Brooklyn, New York

Dear Judge Block:

We are reporters covering the case of U.S. v. Espada, 10-CR-985, before you.

When jurors complete deliberations, there will be considerable press interest in talking to them, which they are free to do or not do.

In some cases, to avoid having reporters and photographers chasing jurors down the street, judges have offered to set a room aside in the courthouse where jurors who wish to speak to the press in an orderly environment can do so. Cameras typically are not allowed in the courthouse.

We would ask that you consider the possibility of offering that option to the jurors if any of them wish to speak to the press.

Thank you.

Yours truly,

John Riley
NEWSDAY

Mosi Secret
New York Times

Tom Hays — Associated Press

Jessica Dye, Reuters

Mitchel Maddux
New York Post

Grace Rauh
NY1 News

Juliet Papa
1010 WINS

Adam Wisnieski - Riverdale Press

Yanima Crespo
Telemundo WNJU 47

Rafael Martinez Alequin