UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------

UNITED STATES OF AMERICA,         ORDER OF SUSTENANCE

 -vs-

                                                      CR-10-985(S-2) (FB)

PEDRO ESPADA JR. &
PEDRO GAUTIER ESPADA,
                Defendants.

-------------------------------------------------------------


      **ORDERED** that the Marshal supply proper
( )   LODGING

(XX)  SUSTENANCE

( )   TRANSPORTATION

      to the (12) jurors empaneled in the above entitled case.


DATED:  Brooklyn, New York
       **May 11, 2012**


( ) DURING TRIAL

(XX) DELIBERATING

( ) SEQUESTERED

( ) BREAKFAST                                       U. S. D. J.

(XX) LUNCH

( ) OTHER _____