UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER OF SUSTENANCE |
| -vs- | |
| | CR-10-985(S-2) (FB) |
| PEDRO ESPADA JR. & | |
| PEDRO GAUTIER ESPADA, | |
| Defendants. | |

-------------------------------------------------------------

     **ORDERED** that the Marshal supply proper

( )   LODGING

(XX)   SUSTENANCE

( )   TRANSPORTATION

     to the (12) jurors empaneled in the above entitled case.

DATED:  Brooklyn, New York
      **May 14,  2012**

( ) DURING TRIAL

(XX) DELIBERATING

( ) SEQUESTERED

                                                                 _____

( ) BREAKFAST                                                   U. S. D. J.

(XX) LUNCH

( ) OTHER  _____