

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F.#2010R00420

271 Cadman Plaza East
Brooklyn, New York 11201

June 1, 2012

<u>By Hand Delivery and ECF</u>

The Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Pedro Espada, Jr. et al.
           <u>Criminal Docket No. 10-985 (S-2)(FB)</u>

Dear Judge Block:

      The government respectfully requests that the Court modify the terms of Pedro Espada, Jr.'s supervised release to prevent his involvement in the affairs of the Soundview Healthcare Network, including indirect participation through communications with family members who currently work there and others employed at Soundview or serving on Soundview's Board of Directors.  As the Court is aware, Espada was convicted of stealing from Soundview and therefore should be prohibited from playing any role in Soundview's operations or from accessing Soundview's funds or directing others in the usage of those funds.

                     Respectfully submitted,

                     LORETTA E. LYNCH
                     United States Attorney

         By:          /s/
              Carolyn Pokorny
              Roger Burlingame
              Todd Kaminsky
              Assistant U.S. Attorneys
              (718) 254-7000

cc:  Defense Counsel