United States District Court
EASTERN DISTRICT OF NEW YORK

In re the Seizure of:

ANY AND ALL FUNDS CURRENTLY ON DEPOSIT OR TRANSFERRED TO OR THROUGH JP MORGAN CHASE BANK ACCOUNT NO. 108399280 HELD IN THE NAME OF SOUNDVIEW HEALTH GROUP, LLC., AND ANY AND ALL FUNDS TRACEABLE THERETO.

**SEIZURE WARRANT**

( Related to CR 10-985 ( FB ) )

TO: The United States Department of Homeland Security, Immigration and Customs Enforcement, Treasury, and/or any Duly Authorized Officer or Contractor of the United States:

An affidavit having been made and sworn to before me by Special Agent Dan J. Schleyer of the United States Department of Treasury, Internal Revenue Service, Criminal Investigations Division, who has reason to believe that the following property is subject to seizure and forfeiture to the United States of America pursuant to Title 18, United States Code, Sections 981 ( a ) ( 1 ) ( C ) , and/or 982:

ANY AND ALL FUNDS CURRENTLY ON DEPOSIT OR TRANSFERRED TO OR THROUGH JP MORGAN CHASE BANK ACCOUNT NO. 108399280 HELD IN THE NAME OF SOUNDVIEW HEALTH GROUP, LLC., AND ANY AND ALL FUNDS TRACEABLE THERETO.

I am satisfied that the affidavit establishes probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant pursuant to Title 18, United States Code, Section Sections 981 ( b ) and ( h ) , 982 , and Title 21, United States Code, Sections 853 ( f ) and ( l ) .

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, by serving this warrant and making the seizure ( in the daytime - 5:00 A.M. to 10:00 P.M.) , leaving a copy of this warrant and receipt for the property so seized and prepare a written inventory of the property seized and promptly return this warrant as required by law. A copy of this warrant may be served by facsimile or telecopier provided that hard copy is served promptly thereafter either in person or by overnight mail.

THE ABOVE-REFERENCED FINANCIAL INSTITUTION IS HEREBY COMMANDED to effect the seizure of the contents of the above-referenced account and to refuse the withdrawal of any amount from said accounts by anyone other than duly authorized law enforcement agents, promptly provide officers or contractors of the DHS-ICE with the current account balances, and continue to accrue any

deposits, interest, dividends, and any other amount credited to said accounts until the aforementioned law enforcement agents direct that the contents of said accounts be finally liquidated.

ANY FINANCIAL INSTITUTION affected by this Warrant is directed to prevent and are otherwise enjoined from transferring by wire or otherwise, conveying or disposing of any of the funds in the above-referenced account.

ANY FINANCIAL INSTITUTION holding any account subject to this Warrant shall take no offsets against such account. They shall continue any deposits, interest, dividends, capital gains, or other credits to such account in the normal course of business, and such deposits, interest, dividends, capital gains, and other credits shall be subject to this Warrant.

ANY FINANCIAL INSTITUTION that holds funds or securities identified in the above-referenced account shall, immediately upon receipt of this Warrant, inform the government agents or contractors who serve copies of the Warrant of the balance as of the date of service of this Warrant, and shall thereafter supplement such information by reporting to the Government any changes to the account, providing the Government monthly statements for the account, and by responding promptly to requests by the Government for information on the account's current status.

September __18__, 2012 at
__3:05 pm__ (time)
Brooklyn, New York

_____
Hon. Frederic Block
United States District Judge
Eastern District of New York

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

### Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

I request that this return be filed under seal because its disclosure would [check as applicable] ____ risk the investigation and/or ____ pose a risk of danger to person(s) or property.

_____  _____  _____
AUSA Printed Name    AUSA Signature         Date