| Spending | 2005 | 2006 | 2007 | 2008 | 2009 | Total |
|---|---|---|---|---|---|---|
| Food Purchases | $4,125.81 | $18,210.24 | $20,520.99 | $31,932.28 | $28,301.39 | $103,090.71 |
| Home Improvements | $0.00 | $1,745.86 | $7,450.37 | $2,559.76 | $0.00 | $11,755.99 |
| Edible Arrangements | $0.00 | $0.00 | $93.20 | $1,173.10 | $96.45 | $1,362.75 |
| Miscellaneous | $809.54 | $0.00 | $1,613.15 | $4,255.35 | $0.00 | $6,678.04 |
| Travel | $380.00 | $634.20 | $947.10 | $16,393.15 | $0.00 | $18,354.45 |
| Total | $5,315.35 | $20,590.30 | $30,624.81 | $56,313.64 | $28,397.84 | $141,241.94 |
| CEDC | $26,098.00 | $60,624.84 | $65,735.43 | $17,550.10 | $440.00 | $170,448.37 |
| Rent | $46,340.00 | $48,120.00 | $61,370.00 | $58,670.00 | $40,320.00 | $254,820.00 |
| Park Florist | $0.00 | $260.50 | $1,349.50 | $2,569.50 | $478.00 | $4,657.50 |
| Angelita Gonzalez | $0.00 | $750.00 | $0.00 | $0.00 | $0.00 | $750.00 |
| Kevin Vargas | $0.00 | $0.00 | $0.00 | $1,000.00 | $0.00 | $1,000.00 |
| Espada Reimbursements | $0.00 | $237.70 | $2,192.30 | $2,323.03 | $1,707.14 | $6,460.17 |
| GMC Yukon | $0.00 | $2,963.07 | $11,207.78 | $13,039.95 | $8,242.36 | $35,453.16 |
| PGE Double Dip | $0.00 | $0.00 | $183.39 | $804.70 | $0.00 | $988.09 |
| SME Invoice #72008 | $0.00 | $0.00 | $0.00 | $850.00 | $0.00 | $850.00 |
| SME Invoice # 9-18-2008 | $0.00 | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 |
| Total | $72,438.00 | $112,956.11 | $142,038.40 | $98,807.28 | $51,187.50 | $477,427.29 |
| Grand Total | $77,753.35 | $133,546.41 | $172,663.21 | $155,120.92 | $79,585.34 | $618,669.23 |

Case 1:10-cr-00985-AMD   Document 251-1   Filed 06/07/13   Page 1 of 1 PageID #: 5761

GOVERNMENT EXHIBIT
20(a)
10-CR-985 (FB)