UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

      -against-

PEDRO GAUTIER ESPADA,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

SATISFACTION OF JUDGMENT

Docket No. CR-10-0985
(Block, J.)

WHEREAS, a judgment was imposed against the defendant and in favor of the

United States of America, in the amount of $16,666.00, that is, restitution in the amount of

$16,616.00, and a special assessment in the amount of $50.00, on June 18, 2013, in the above-

captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on

November 15, 2013; and

WHEREAS, said judgment has been fully paid as to the defendant PEDRO

GAUTIER ESPADA;

THEREFORE, the Clerk of the Court is hereby authorized and requested to

cancel, satisfy and discharge the same solely as to the defendant PEDRO GAUTIER ESPADA.

Dated:      Brooklyn, New York
             June 18, 2025

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York
271 Cadman Plaza East, 8th Fl.
Brooklyn, New York 11201

By:          /s/
           MADELINE O'CONNOR
           Assistant U.S. Attorney
           (631(715-7870